# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CAROLYN D. WEATHERS                                    Case Number: 04-73190
         3229 LIBERTY DRIVE
         ROCKFORD, IL  61101              SSN-xxx-xx-8055

                                                        Case filed on:      6/22/2004
                                                        Plan Confirmed on:  8/27/2004

                              D Dismissed

Total funds received and disbursed pursuant to the plan: $7,270.55         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MICHAEL J. STANCO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 462.27 | 462.27 | 462.27 | 20.96 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 462.27 | 462.27 | 462.27 | 20.96 |
| 019 | CAROLYN D. WEATHERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 2.29 | 2.29 | 1.86 | 0.00 |
| 003 | AMERICAN CASH-N-GO | 601.29 | 601.29 | 489.73 | 0.00 |
| 004 | AMERICAN CREDIT EDUCATORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 924.81 | 924.81 | 753.22 | 0.00 |
| 006 | DENTAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST EXPRESS | 474.99 | 474.99 | 386.86 | 0.00 |
| 008 | ILLINOIS DEPT OF HUMAN SERVICES | 608.98 | 608.98 | 496.00 | 0.00 |
| 010 | IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROYCE FINANCIAL | 560.00 | 560.00 | 456.10 | 0.00 |
| 013 | SBC MIDWEST | 480.05 | 480.05 | 390.98 | 0.00 |
| 014 | SECURITY FINANCE | 729.00 | 729.00 | 593.74 | 0.00 |
| 015 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,381.41 | 4,381.41 | 3,568.49 | 0.00 |
|  | Grand Total: | 7,543.68 | 7,543.68 | 6,730.76 | 20.96 |

Total Paid Claimant:      $6,751.72
Trustee Allowance:        $518.83          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   81.45            discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  11/01/2007          By   /s/Heather M. Fagan